BRYAN R. WHITTAKER
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
E-mail: bryan.whittaker@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
GREAT FALLS
2012 APR 4 PM 2 24
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 12-25-GF-SEH |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS METHAMPHETAMINE WITH INTENT TO DISTRIBUTE (Count I) |
| BRENT EUGENE BAILEY, | Title 21 U.S.C. § 846 |
| Defendant. | (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

1

|   | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about August 27, 2010, in Cascade County, in the State and District of Montana, and elsewhere, the defendant, BRENT EUGENE BAILEY, knowingly and unlawfully conspired and agreed with others both known and unknown to the Grand Jury, to possess, with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about August 27, 2010, in Cascade County, in the State and District of Montana, the defendant, BRENT EUGENE BAILEY, knowingly possessed, with the intent to distribute, 50 grams or more of

actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

_/s/ John D. McKinney_
FOREPERSON

_/s/ Michael W. Cotter_
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

_/s/ Kris M. !___
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Summons ____
State custody Warrant ✓
Bail: ____