EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, Montana 59401
vann_arvanetes@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
  Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRENT EUGENE BAILEY, Defendant. | Case No. CR-12-25-GF-SEH<br><br>**DEFENDANT'S NOTICE OF RECEIPT OF DISCOVERY AND RESPONSE TO REQUEST FOR RECIPROCAL DISCOVERY** |
|---|---|

NOTICE IS HEREBY GIVEN that Defendant Brent Eugene Bailey, by and through his Counsel, Evangelo Arvanetes, Assistant Federal Defender, of the Federal Defenders of Montana, received discovery bate stamped by the Government with numbers 100001 to 100179 and CDs bate stamped by FDOM and labeled CD-0001

to CD-0004.

In response to Government's request for Reciprocal Discovery the defense states:

    a.    At the present time, Defense Counsel does not have any results or reports of any physical or mental examination, or of scientific tests and experiments.

    b.    Defendant has requested disclosure of expert witnesses and summaries under Rule 16(a)(1)(E). Upon compliance by the Government, the Defendant will provide a summary, as required by Rule 16(b)(1)(C), for any and all expert witnesses the Defendant intends to use at trial. [The Defendant has no expert witnesses at this time.]

    c.    Defense Counsel shall notify the Government if and when Defense Counsel obtains discoverable evidence or material.

RESPECTFULLY SUBMITTED this 14th day of May, 2012.

                              /s/ Evangelo Arvanetes

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on May 14, 2012, a copy of the foregoing document was served on the following persons by the following means:

1, 2  CM-ECF
____  Hand Delivery
  3   Mail
____  Overnight Delivery Service
____  Fax
____  E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. BRYAN R. WHITTAKER
   Assistant United States Attorney
   United States Attorney's Office
   901 Front Street, Suite 1100
   Helena, MT 59626
        Counsel for the United States of America

3. BRENT EUGENE BAILEY
        Defendant

/s/ Evangelo Arvanetes