BRYAN R. WHITTAKER
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
E-mail: bryan.whittaker@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRENT EUGENE BAILEY, Defendant. | CR 12-25-GF-SEH  **INFORMATION FOR INCREASED PUNISHMENT BY REASON OF PRIOR FELONY DRUG CONVICTION UNDER 21 U.S.C. § 851** |
|---|---|

Pursuant to the provisions of 21 U.S.C. § 851, the United States Attorney, by and through, Bryan R. Whittaker, Assistant U.S. Attorney for the District of Montana, files this information alleging that:

1

1. On or about April 4, 2012, the defendant, BRENT EUGENE BAILEY, was charged in a two count indictment for Conspiracy to Possess Methamphetamine with Intent to Distribute in violation of 21 U.S.C. § 846, and Possession with Intent to Distribute Methamphetamine in violations of 21 U.S.C. § 841(a)(1).

2. Prior to the time of the offenses charged in this case, the defendant was convicted on or about November 18, 1994, of Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), in the United States District Court for the Western District of Washington, Case Number: CR94-5072T.

3. Because of this prior felony drug conviction, the defendant is subject to increased punishment pursuant to the provisions of 21 U.S.C. §§ 841(b)(1)(A) and 851 if he is convicted of either violation as charged in the indictment, namely, a mandatory minimum 20-year term of imprisonment and a maximum of not more than life imprisonment, a fine not to exceed $20,000,000, and a term of supervised release of at least 10-years.

4. The United States Attorney hereby gives notice to the defendant and his counsel that if the defendant is convicted of either

count in the indictment, the United States intends to rely on this prior felony drug conviction in seeking enhanced punishment at the time of sentencing pursuant to the provisions referenced herein.

Respectfully submitted this 25th day of May, 2012.

                MICHAEL W. COTTER
                United States Attorney


                /s/ *Bryan R. Whittaker*
                Assistant United States Attorney
                United States Attorney's Office
                Attorney for Plaintiff